**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ash Newell,<br><br>Plaintiff,<br><br>v.<br><br>Morris Higham Management, LLC<br>and Kris Kristofferson,<br><br>Defendant. | **JUDGMENT**<br><br>Docket No: 2:21-cv-06986-GW-JEM |

Defendant Kris Kristofferson having offered judgment against itself pursuant to Fed R. Civ. P. 68 in the sum of $15,000.00 and Plaintiff having accepted said offer of judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff Ash Newell shall:

(a) recover from Defendant Kris Kristofferson the principal amount of $15,000 which sum shall include all costs and attorney fees otherwise recoverable in this action; and

(b) Defendant KRIS KRISTOFFERSON and any individual or entity acting for or on behalf of him are hereby enjoined from copying, storing, posting, or displaying the photograph bearing U.S. Copyright Registration No. VA0002146260 (the "Photograph").

Dated: November 22, 2021



CLERK OF COURT

/s/ Javier Gonzalez
Deputy Clerk